IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE ELECTRICAL       *
WELFARE TRUST FUND, etc.,
et al.                           *

       Plaintiffs       *

       vs.              * CIVIL ACTION NO. MJG-03-308

TRI TECH ELECTRICAL SERVICES     *
INC.
                      *
       Defendant
*     *     *     *     *     *     *     *     *

## ORDER TO SHOW CAUSE

It appears that this action has been dormant since the filing of the Complaint. Accordingly, pursuant to Rule 103.8(a),(b) of the Rules of The United States District Court For The District of Maryland

    1. Plaintiff shall, by May 19, 2003, show cause why this action should not be dismissed without prejudice.

    2. Any showing made pursuant to this Order shall include a statement, with supporting evidence, of reasons why this case has been dormant.

    3. If this Order is not complied with, this action shall be dismissed without prejudice

SO ORDERED, on Thursday, 1 May, 2003.

/s/
_____
Marvin J. Garbis
United States District Judge