UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Trustees of the Electrical Welfare<br>    Trust Fund, et al. | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Case No.:  MJG 03CV308<br>: |
| Tri Tech Electrical Services, Inc. | :<br>: |
| Defendant. | : |

**MOTION SHOWING CAUSE
AS TO WHY CASE SHOULD NOT BE DISMISSED**

    Plaintiffs, Trustees of the Electrical Workers Local No. 26 Trust Fund, et al., pursuant to Fed. R. Civil P. 4(m) and Local Rule 103.8.a, hereby request this Court not to dismiss the Complaint filed with this Court on January 30, 2003.  Counsel directs the Court's attention to the Memorandum of Points and Authorities attached hereto in support of this Motion.

Respectfully submitted,

McChesney & Dale, P.C.

BY:_____/s/_____
        William P. Dale
        Federal Bar No. 08250
        4000 Mitchellville Road
        Suite 222
        Bowie, Maryland 20716
        (301) 805-6080
        (301) 805-6086 fax
        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion As To Why Case Should Not Be Dismissed was mailed, first class, postage prepaid this 19th day of May 2003, to:

>Tri Tech Electrical Services, Inc.
>206 Kuethe Road
>Glen Burnie, MD 21060

BY: _____/s/_____
William P. Dale

\\Md\Taft Hartley\IBEW\Collections\Tri Tech\Default Package and Show Cause filing-5-19-03\Motion Showing Cause re Dismiss-5-19-03.doc