

**TRI-TECH ELECTRICAL SERVICES, INC.**
P.O. BOX 285
GAMBRILLS, MD 21054
(410) 729-0626

ALLFIRST BANK
Baltimore, MD
7-11/520

CHECK NO. 15275

************1,700 DOLLARS AND 00 CENTS************

DATE 01/31/03    AMOUNT ******1,700.00

PAY TO THE ORDER OF:
ELECTRICAL WELFARE TRUST FUNDS
4601 PRESIDENTS DRIVE
SUITE 300
LANHAM, MD 20706-4365

⑆015275⑆ ⑈052000113⑈ 190⑏4070 7⑊

Amount: 1700.00
Batch: 1
Item: 6
Date: 02/13/2003
LBX: 983



RECEIVED FEB 14 2003

---

**TRI-TECH ELECTRICAL SERVICES, INC.**
P.O. BOX 285
GAMBRILLS, MD 21054
(410) 729-0626

ALLFIRST BANK
Baltimore, MD
7-11/520

CHECK NO. 15274

************16,779 DOLLARS AND 48 CENTS************

DATE 01/31/03    AMOUNT *****16,779.48

PAY TO THE ORDER OF:
LOCAL 26, IBEW-NECA TRUST FUND
4601 PRESIDENTS DRIVE
SUITE 300
LANHAM MD 20706-4365

⑆015274⑆ ⑈052000113⑈ 190⑏4070 7⑊

Amount: 16779.48
Batch: 1
Item: 7
Date: 02/13/2003
LBX: 983

---

**TRI-TECH ELECTRICAL SERVICES, INC.**
P.O. BOX 285
GAMBRILLS, MD 21054
(410) 729-0626

ALLFIRST BANK
Baltimore, MD
7-11/520

CHECK NO. 15371

************2,500 DOLLARS AND 00 CENTS************

DATE 02/28/03    AMOUNT ******2,500.00

PAY TO THE ORDER OF:
LOCAL 26, IBEW-NECA TRUST FUND
4601 PRESIDENTS DRIVE
SUITE 300
LANHAM, MD 20706-4365

⑆015371⑆ ⑈052000113⑈ 190⑏4070 7⑊

Amount: 2500.00
Batch: 1
Item: 11
Date: 03/17/2003
LBX: 983



PLAINTIFF'S EXHIBIT A



Amount: 10036.03
Batch: 2
Item: 12
Date: 03/17/2003
LBX: 983

Amount: 2719.05
Batch: 1
Item: 11
Date: 05/02/2002
LBX: 983



Amount: 1881.30
Batch: 1
Item: 36
Date: 05/05/2003
LBX: 983







Amount: 4618.70
Batch: 1
Item: 37
Date: 05/05/2003
LBX: 983