## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Trustees of the Electrical Welfare Trust Fund, et al. | : | |
| Plaintiffs, | : | |
| v. | : | Civil Case No.: MJG 03CV308 |
| Tri Tech Electrical Services, Inc. | : | |
| Defendant. | : | |

### REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK:**

1. The Defendant in the above captioned case was properly served on February 19, 2003 (Affidavit of Jeff McCormick, Exhibit A). The original was previously filed with the Court on March 31, 2003.

2. The time for Defendant to file an Answer to the Complaint has expired.

3. As of the date of the filing of the Request for Entry of Default, no Answer, Motion to Dismiss, or Motion for Summary Judgment has been filed.

4. For the foregoing reasons, please enter a Default against Defendant, Tri Tech Electrical Services, Inc. for want of filing an Answer or other defense.

5. Perjury statement under 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 19th, 2003.

Respectfully submitted,

McChesney & Dale, P.C.

BY: _____/s/_____
William P. Dale
Federal Bar No. 08250
4000 Mitchellville Road, Suite 222
Bowie, Maryland 20716
Phone: (301) 805-6080 / Fax (301) 805-6086
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Request for Entry of Default was mailed, first class, postage prepaid this 19th day of   May  , 2003, to:

> Tri Tech Electrical Services, Inc.
> 206 Kuethe Road
> Glen Burnie, MD  21060

BY:_____/s/_____
William P. Dale

\\Md\Taft Hartley\IBEW\Collections\Tri Tech\Default Package and Show Cause filing-5-19-03\Request for Entry by Default-5-19-03.doc