UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Trustees of the Electrical Welfare<br>   Trust Fund, et al. | : |
| Plaintiffs, | : |
| v. | : Civil Case No.: MJG 03CV308 |
| Tri Tech Electrical Services, Inc. | : |
| Defendant. | : |

## ORDER OF DEFAULT

It appears from the records and/or Affidavit of Jeff McCormick that the Summons and Complaint were properly served upon the above named Defendant on February 19, 2003 and that the time for said Defendant to plead or otherwise defend expired on and that said Defendant has failed to plead or otherwise defend as directed in said Summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is **ORDERED** that the Default for want of answer or other defense by said Defendant is entered this ____ day of _____, 2003.

_____
FELICIA L. CANNON, CLERK

cc:

William P. Dale
McChesney & Dale, P.C.
4000 Mitchellville Road
Suite 222
Bowie, Maryland 20716
(301) 805-6080
Counsel for Plaintiffs


Tri Tech Electrical Services, Inc.
206 Kuethe Road
Glen Burnie, MD 21060
Defendant