# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Trustees of the Electrical Welfare      :
    Trust Fund, et al.      :
     :
      Plaintiffs,      :
     :
   v.      : Civil Case No.:  MJG 03CV308
     :
     :
Tri Tech Electrical Services, Inc.      :
     :
      Defendant.      :

## AFFIDAVIT OF JAMES W. BURTON

I, James W. Burton, being first duly sworn upon oath, depose and state that:

1.       I am an attorney of record for the Plaintiffs in the instant action.

2.       With respect to this action, I and other attorneys for the firm of McChesney & Dale, P.C., prepared correspondence to the Defendant; prepared the Summons and Complaint; caused it to be filed; arranged for the Service of Process, return of Service of Process and Entry of Default; preparing liens on property at locations where Tri Tech works; reviewed correspondence forwarded to us by this court; met with Plaintiffs on monthly basis to report on the progress of our collection efforts; consulted with Plaintiffs in determining the amounts owed; and prepared the Request of Default and the Motion for Judgment by Default; Order; and accompanying Affidavits.  We note that as a result of Defendant making partial payments on at least three occasions from the date of the filing of this law suit and the date of the filing of the Judgment by Default, Plaintiffs accrued additional damages in attorneys' fees for hours spent revising figures and obtaining new affidavits to reflect the correct amount due in the Judgment by Default, affidavits, and Order.



PLAINTIFF'S EXHIBIT

3.    I, and other attorneys with this law firm, have spent 24.9 hours on these activities during the course of this action.  Our usual hourly rate ranges from $140.00 to $225.00, but pursuant to an agreement with Plaintiffs, their rate is $150.00 per hour.  Therefore, the fee for this case is $3,735.00.  Costs incurred in instituting this action, which include filing fee, process server fee, postage and copying costs, total $170.50.

4.    The total fee for services provided by this firm, therefore is: $3,905.50.

James W. Burton

STATE OF MARYLAND        :
                         :    SS:
COUNTY OF PRINCE GEORGE  :


SWORN TO AND SUBSCRIBED before me on this _19th_ day of _May_, 2003.

Notary Public

My Commission Expires:    _9/1/2003_

2