UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Trustees of the Electrical Welfare : 
    Trust Fund, et al. :
:
        Plaintiffs, :
:
v. : Civil Case No.: MJG 03CV308
:
Tri Tech Electrical Services, Inc. :
:
        Defendant. :

**<u>ORDER</u>**

Upon due consideration of Plaintiff's Motion for Judgment by Default, it is this _____ day of _____, 2003 hereby

**ORDERED,**

1. That, based on Plaintiffs' Motion and Memorandum showing cause, the case shall not be dismissed pursuant to the Order of the Court of May 1, 2003;

2. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs, Trustees of the National Electrical Benefit Fund in the amount of $11,420.72 which represents $5,511.98 for contributions plus $5,908.74 for liquidated damages and interest;

3. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs, Trustees of the Welfare Fund in the amount of $32,930.22 which represents $15,261.03 for contributions plus $17,669.19 in liquidated damages and interest;

4. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs, Trustees of the Pension Fund in the amount of $15,073.17 which represents $8,347.88 in contributions plus $6,725.29 in liquidated damages and interest;

5. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs, Trustees of the Apprenticeship Fund in the amount of $5,074.54 which represents $2,252.99 in contributions plus $2,821.55 in liquidated damages and interest;

6. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs, Trustees of the Individual Account Fund in the amount of $21,928.22 which represents $10,463.20 in contributions plus $11,465.02 in liquidated damages and interest;

7. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs Local No. 26 in the amount of $2,634.41 for Working Dues;

8. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs National Labor Management Cooperation Committee in the amount of $75.48;

9. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs Labor Management Cooperation Committee in the amount of $377.40;

10. That Judgment by Default be entered against the Defendant in favor of all of the Plaintiffs as Trustees for attorney's fees and costs of $3,905.50.

11. For ease of reference, that the aforementioned amounts detailed in paragraphs 1 through 9 of this Order, when combined as a total, due to all Plaintiffs, Trustees of the Electrical Welfare Fund, *et al.*, for all contributions, interest, liquidated damages, and attorneys' fees is as follows: $93,419.65.

 

_____

Judge, United States District Court

Copies to:

**William P. Dale**
James W. Burton
McChesney & Dale, P.C.
4000 Mitchellville Road, Suite 222
Bowie, Maryland 20716
(301) 805-6080
Counsel for Plaintiffs

Tri Tech Electrical Services, Inc.
206 Kuethe Road
Glen Burnie, MD 21060
Defendant

\\Md\Taft Hartley\IBEW\Collections\Tri Tech\Default Package and Show Cause filing-5-19-03\Order re Motion for Judgment by Default-5-19-03.doc