## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Trustees of the Electrical Welfare Trust Fund, et al**
**Plaintiff**

**v.**

**Tri Tech Electrical Services, Inc.**
**Defendant**

\*

\*

\*

\*
\*\*\*\*\*\*

**Civil No.  MJG-03-308**

### ORDER OF DEFAULT

It appearing from the records and/or affidavit of Jeff McCormick that the summons and Complaint were properly served upon the above named Defendant on ___February 19, 2003___, and that the time for said Defendant to plead or otherwise defend expired on __March 12, 2003__, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this _21st_ day of __May__, 2003

FELICIA C. CANNON, CLERK

By: _____/s/_____

U.S. District Court (Rev. 1/2000) - Order of Default

Hannah B. Merez, Deputy Clerk